UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISCELA VAZQUEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br><br>           Defendant. | Case No.  1:21-cv-00026-HBK<br><br>ORDER GRANTING AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No.  26) |

Pending before the court is the parties' stipulated motion for attorney fees filed on March 23, 2022.  (Doc. No. 26).  The parties agree to an award of attorneys' fees and expenses to Plaintiff's attorney, Cyrus Safa of the Law Offices of Lawrence D. Rohlfing, Inc. CPC, in the amount of $4,040.05 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (*Id*.).

On April 25, 2022, this Court granted the parties' stipulated Motion for Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) and reversed and remanded the case to the Commissioner for further administrative proceedings.  (Doc. No. 24).  Judgment was entered the same day.  (Doc. No. 25).  Plaintiff now requests an award of fees as the prevailing party under that order.  *See* 28 U.S.C. § 2412(a)&(d)(1)(A); Fed. R. Civ. P. 54(d)(1); *see* 28 U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

The Commissioner does not oppose the requested relief. (Doc. No. 26 at 1). After issuance of an order awarding EAJA fees and costs, the United States Department of Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

Accordingly, it is **ORDERED**:

1. Plaintiff's stipulated motion for attorney fees and expenses (Doc. No. 26) is **GRANTED**.

2. Plaintiff is awarded fees in the amount of $4,040.05 (four thousand forty dollars and five cents) in attorney fees and expenses. Unless the Department of Treasury determines Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel, Cyrus Safa of the Law Offices of Lawrence D. Rohlfing, Inc. CPC, in accordance with Plaintiff's assignment of fees and subject to the terms of the stipulated motion.

Dated: May 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE